# United States Court of Appeals
## For the First Circuit

No. 16-1759

LISA MARIE BRADY

Plaintiff - Appellant

v.

JEANNE KINCAID, Attorney for SAU #56,
in both her individual and official capacities

Defendant - Appellee

SOMERSWORTH SCHOOL DISTRICT, SCHOOL BOARD, SAU #56;
JENI MOSCA, Superintendent SAU #56, in both her individual and official capacities;
PAMELA MACDONALD, Special Education Director SAU #56,
in both her individual and official capacities

Defendants

**ORDER OF COURT**

Entered: September 28, 2016
Pursuant to 1st Cir. R. 27.0(d)

Plaintiff-appellant Lisa Marie Brady has filed a notice of appeal from a district court order (Docket Entry No. 23) granting defendant Jeanne Kincaid's motion to dismiss (Docket Entry No. 11). Because the order appealed from does not appear to be final or appealable on an interlocutory basis, this court does not appear have jurisdiction to review this appeal, absent certification pursuant to Fed. R. Civ. P. 54(b). See 28 U.S.C. §§ 1291, 1292; Nichols v. Cadle Co., 101 F.3d 1448, 1449 n.1 (1st Cir. 1996) (absent final judgment certification, disposition of claims against less than all defendants is not immediately appealable).

Accordingly, Lisa Marie Brady is ordered either to move for voluntary dismissal of the appeal pursuant to Fed. R. App. P. 42(b), or to show cause, in writing filed by **October 12, 2016**, why this appeal should not be dismissed for lack of jurisdiction. The failure to take either action will lead to dismissal of the appeal for lack of diligent prosecution. See 1st Cir. R. 3.0(b).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Lisa Brady
Demetrio Aspiras, III
Melissa Hewey
Brian Cullen