**UNITED STATES COURT OF APPEALS**

**FOR THE FIRST CIRCUIT**

**Notice of Voluntary Dismissal of Appeal**

2016 OCT 12 P 12: 33

FILED IN CLERKS OFFICE
COURT OF APPEALS

**Plaintiff-Appellant:** Lisa Marie Brady

**NO. 16-1759**

**V. Jean Kincaid, Attorney for SAU#56**

Notice of Voluntary Dismissal of Appeal

Order of the Court Entered: September 28, 2016 Pursuant to 1st Cir.R. 27.0(d)

The Plaintiff, Lisa Brady, moves to voluntarily dismiss her appeal in the above state matter Pursuant to Fed. R. App. P. 42(b). Plaintiff, Lisa Brady, erroneously appealed that decision through an interlocketory appeal with the First Circuit Court of Appeal, believing Judge DeClerico's decision was a final decision from the court and thus, within the jurisdiction of the First Circuit.

Wherefore Plaintiff prays upon this court:
To voluntarily dismiss the appeal in this matter.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Respectfully submitted,

Lisa Brady

October 10, 2016

Lisa Brady, Pro Se Lisa Brady

**Certificate of Service**

I certify that a copy of this filing was served via the EFC filing system upon all Counsel

of record and next day delivery to the clerk of court for the First Circuit Court of Appeals. A copy of this record will be sent first class mail to Attorney Jeanne Kincaid's Counsel.

Dated: October 10, 2016

/s/ Lisa Brady, Pro Se

Lisa Brady

Lisa Brady
8 Constable Rd.
Durham, NH 03824

Clerk's Office, Margaret Carter
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

SIGNATURE REQUIRED

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.




EP13F July 2013 OD: 12.5 x 9.5




PRESS HARD. YOU ARE MAKING COPIES.







Addressee Copy

Post Office To Addressee

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery: ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage $ | |
|---|---|---|---|
| Date Accepted Mo. Day Year | Scheduled Date of Delivery Month Day | Return Receipt Fee $ | |
| Time Accepted ☐ AM ☐ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee $ | Insurance Fee $ |
| | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ | |
| Flat Rate ☐ or Weight lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials | |

DELIVERY (POSTAL USE ONLY)

| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

CUSTOMER USE ONLY

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )

L. Brady
8 Constitution
Durham, NH

TO: (PLEASE PRINT) PHONE ( )

Clerk ... Carter
... U.S. Courthouse
... Suite 2500
...

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

0 ... 1 1 0 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING

Visit www.usps.com

Call 1-800-222-1811

EMS

+ Money Back Guarantee for U.S. destinations only.

VISIT US AT USPS.COM®

ORDER FREE SUPPLIES ONLINE






