# United States Court of Appeals
## For the First Circuit

No. 16-1759

LISA MARIE BRADY

Plaintiff - Appellant

v.

JEANNE KINCAID, Attorney for SAU #56, in both her individual and official capacities

Defendant - Appellee

SOMERSWORTH SCHOOL DISTRICT, SCHOOL BOARD, SAU #56;
JENI MOSCA, Superintendent SAU #56, in both her individual and official capacities;
PAMELA MACDONALD, Special Education Director SAU #56,
in both her individual and official capacities

Defendants

### JUDGMENT

Entered: October 26, 2016
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed request, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Lisa Brady, Demetrio Aspiras, III, Melissa Hewey, Brian Cullen,