# United States Court of Appeals
## For the First Circuit

No. 16-1759

LISA MARIE BRADY

Plaintiff - Appellant

v.

JEANNE KINCAID, Attorney for SAU #56, in both her individual and official capacities

Defendant - Appellee

SOMERSWORTH SCHOOL DISTRICT, SCHOOL BOARD, SAU #56; JENI MOSCA, Superintendent SAU #56, in both her individual and official capacities; PAMELA MACDONALD, Special Education Director SAU #56, in both her individual and official capacities

Defendants

**MANDATE**

Entered: October 26, 2016

In accordance with the judgment of October 26, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Demetrio F. Aspiras III
Lisa Marie Brady
Brian J.S. Cullen
Melissa A. Hewey